# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130986 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ROBERT GERARD PLUMMER,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130986
COA: 264876
Berrien CC: 95-003195-FC

On order of the Court, the application for leave to appeal the March 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



s0918

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk